**Order entered March 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00150-CV

**LAURA CARACIO, Appellant**

**V.**

**JOHN DOE, INDIVIDUALLY AND AS NEXT FRIEND OF JOHN DOE, JR., A MINOR AND JANE DOE, INDIVIDUALLY AND AS NEXT FRIEND OF JOHN DOE, JR., A MINOR, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16679**

## ORDER

Before the Court is appellant's March 4, 2019 motion for an extension of time to file her brief. We **GRANT** the motion and extend the time to **April 8, 2019**.

/s/    BILL WHITEHILL
       JUSTICE